Jennifer Rodburg
Andrew Minear
FRIED, FRANK, HARRIS, SHRIVER
& JACOBSON LLP
One New York Plaza
New York, New York 10004
Telephone: (212) 859-8000
Facsimile: (212) 859-4000

*Attorneys for Richard Barker and Simon Edel as*
*Foreign Representatives of CX Reinsurance*
*Company Limited (in Administration)*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| *In re:* | : | Chapter 15 |
| | : | |
| CX Reinsurance Company Limited (in Administration) | : | Case No. 20-12156 (MG) |
| | : | |
| Applicants in Foreign Proceedings. | : | |

**FINAL REPORT OF THE FOREIGN REPRESENTATIVES**

Richard Barker and Simon Edel, in their capacities as foreign representatives (each, a "Foreign Representative", and together, the "Foreign Representatives"), in the above captioned chapter 15 case (this "Chapter 15 Case") of CX Reinsurance Company Limited (in Administration) (the "Company") as a debtor in administration under Schedule B1 of the Insolvency Act of 1986 of England and Wales (the "Administration Proceeding") pursuant to an order by the High Court of Justice, Business and Property Courts of England and Wales (the

"English Court") by and through his undersigned counsel, hereby respectfully submit this *Final Report of the Foreign Representatives* (the "Final Report").[1]

**PRELIMINARY STATEMENT AND RELIEF REQUESTED**

1. On August 17, 2020, following an application to the English Court by its directors, the Company entered into the Administration Proceeding pursuant to the Administration Order. Richard Barker and Simon Edel were appointed as joint administrators of the Company.

2. On September 14, 2020, the Foreign Representatives commenced this Chapter 15 Case to preserve the Company's assets in the US, to obtain the protections afforded to foreign debtors under chapter 15 of the Bankruptcy Code and, more specifically, to obtain recognition of the Administration Proceeding and relief under sections 1520 and 1521 of the Bankruptcy Code in order to ensure orderly and consistent administration of the Company's affairs by the Foreign Representatives in the US and the UK. On October 8, 2020, this Court entered that certain Order Pursuant to 11 U.S. C. § 1515, 1517, 1520, and 1521 Granting Recognition of Foreign Main Proceeding and Related Relief (the "Recognition Order") [ECF No. 14].

3. On September 5 and September 6, 2024, after receiving the support of the Creditor's Committee on the details of the Direct Scheme, the Company announced its intention to propose a scheme of arrangement pursuant to Part 26 of the Companies Act 2006 through the distribution of the Practice Statement Letter to all known Direct Scheme Creditors and other interested parties. The Practice Statement Letter explained the scheme of arrangement process to the Direct Scheme Creditors and set out an overview of the key terms of the Direct Scheme.

---

[1] All capitalized terms used in this Final Report and not otherwise defined herein shall have the same meaning given to such terms in the *Foreign Representatives' Motion for Entry of an Order (A) Recognizing and Enforcing Order of The English High Court Sanctioning the Direct Scheme, Granting Related Relief Under Chapter 15 of The Bankruptcy Code and (B) Closing the Chapter 15 Case* (the "Motion"), filed contemporaneously herewith.

2

4. Following the distribution of the Practice Statement Letter, the Company applied to the English Court for permission to convene a Scheme Meeting to consider and vote on the Direct Scheme. The Convening Hearing took place on October 3, 2024, and the English Court subsequently granted the Company's request to convene the Scheme Meeting, by entry of the Convening Order on October 4, 2024. Thereafter, the Company distributed notice of the Scheme Meeting and copies of the Direct Scheme Documents to all known Direct Scheme Creditors for which they had current address details in compliance with the Convening Order. The Scheme Meeting was held on December 12, 2024, and the Direct Scheme Creditors approved Direct Scheme by an affirmative vote of 100% (by number and by value) of the Direct Scheme Creditors present, in person or by proxy. A hearing to sanction the Direct Scheme was held on January 17, 2025. By an order that same date, the English Court sanctioned the Direct Scheme (the "<u>Sanction Order</u>").

5. On June 23, 2025, the Foreign Representatives filed the Motion and Proposed Order, which was attached to the Motion as **<u>Exhibit A</u>**.

6. The primary purpose of this Chapter 15 Case was to obtain the relief granted in the Recognition Order and sought in the Proposed Order. Once that relief has been granted no other matters will remain open in this Chapter 15 Case and the Foreign Representatives do not anticipate requiring any further relief from this Court or foresee any reason for the Chapter 15 Case to remain open.

Dated: New York, New York
      June 23, 2025

Respectfully submitted,

FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP

By: /s/ Jennifer L. Rodburg
     Jennifer L. Rodburg

Jennifer L. Rodburg, Esq.
Andrew Minear, Esq.
FRIED, FRANK, HARRIS, SHRIVER
& JACOBSON LLP
One New York Plaza
New York, New York 10004
Telephone: (212) 859-8000
Facsimile: (212) 859-4000
Email: Jennifer.Rodburg@friedfrank.com
Andrew.Minear@friedfrank.com

*Attorneys for Richard Barker and Simon Edel as Foreign Representatives of CX Reinsurance Company Limited (in Administration)*