UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
                                                  :

*In re:*                                           :         Chapter 15

CX Reinsurance Company Limited (in     :         Case No. 20-12156 (MG)
Administration)                                  :

Applicants in Foreign Proceedings.      :

---------------------------------------------------------------- x

**NOTICE OF (I) FINAL REPORT AND (II) MOTION OF THE FOREIGN
REPRESENTATIVES FOR ENTRY OF AN ORDER (A) RECOGNIZING AND
ENFORCING ORDER OF THE ENGLISH HIGH COURT SANCTIONING THE
DIRECT SCHEME, GRANTING RELATED RELIEF UNDER CHAPTER 15 OF THE
BANKRUPTCY CODE AND (B) CLOSING THE CHAPTER 15 CASE**

      **PLEASE TAKE NOTICE** that on September 14, 2020, Richard Barker and Simon Edel, in their capacities as foreign representatives (each, a "Foreign Representative", and together, the "Foreign Representatives"), in the above-captioned chapter 15 case (this "Chapter 15 Case") in respect of CX Reinsurance Company Limited (in Administration) (the "Company") and its administration proceeding (the "Foreign Proceeding"), under Schedule B1 of the Insolvency Act 1986 of England and Wales before the High Court of Justice Business and Property Courts of England and Wales, filed (i) a petition for recognition of the Foreign Proceeding (the "Petition") under chapter 15 of title 11 of the United States Code (the "Bankruptcy Code") and (ii) the *Verified Petition for Recognition of Foreign Main Proceeding and Related Relief* (the "Recognition Motion"). On October 8, 2020, the Bankruptcy Court entered an *Order Granting Recognition of Foreign Main Proceeding and Related Relief* [ECF No. 14].

      **PLEASE TAKE FURTHER NOTICE** that on June 23, 2025, the Foreign Representatives in the Chapter 15 Case filed the (I) *Final Report of the Foreign Representatives* (the "Final Report") and (II) *Motion for Entry of an Order (A) Recognizing and Enforcing Order of The English High Court Sanctioning the Direct Scheme, Granting Related Relief Under Chapter 15 of The Bankruptcy Code and (B) Closing the Chapter 15 Case* (the "Motion").[1] A copy of the Final Report is attached hereto as Appendix 1 and a copy of the Motion is attached hereto as Appendix 2. The proposed order granting recognition and enforcement of the order of the English Court sanctioning the Direct Scheme, granting other related relief and closing the Chapter 15 Case (the "Proposed Order") is attached to the Motion as **Exhibit A**. The Foreign Representatives are also publishing the notice, Motion and Proposed Order on the Website and in the printed media in which the Chapter 15 Case was announced. Additionally, due to their voluminous and duplicative

---

[1]   Unless otherwise indicated herein, capitalized terms shall have the meaning ascribed to them in the Motion.

nature, the Company has made the Katz Declaration and Foreign Representative Declaration, and the documents attached thereto, available to view on the Website.

**PLEASE TAKE FURTHER NOTICE** that any response or objection (each, a "Response") to the Motion must be filed in accordance with the Bankruptcy Code, the Local Rules of the United States Bankruptcy Court for the Southern District of New York, and the Federal Rules of Bankruptcy Procedure, in a writing that sets forth the bases therefor with specificity and the nature and extent of the respondent's claims against the Company. Such Response must be (a) filed electronically with the Court on the Court's electronic case filing system in accordance with and except as provided in General Order M-399 and the Court's Procedures for the Filing, Signing and Verification of Documents by Electronic Means (copies of each of which may be viewed on the Court's website at http://www.nysb.uscourts.gov); (b) delivered to the Chambers of the Honorable Martin Glenn, United States Bankruptcy Judge, One Bowling Green, New York, New York 10004-1408; and (c) served upon (i) Fried, Frank, Harris, Shriver and Jacobson LLP, One New York Plaza, New York, New York 10004 (Attn: Jennifer L. Rodburg and Andrew Minear), (ii) all other parties that request notice in the Chapter 15 Case prior to the date of such service, and (iii) all other parties that the Bankruptcy Court may direct, in each case **so as to be actually received by each of them no later than 4:00 p.m. (prevailing Eastern time) on July 24, 2025 (the "Response Deadline")**. All parties in interest opposed and wishing to object to the request for relief contained in the Motion must appear at the Hearing at the time and place set forth above. If no Response is timely filed and served as provided above, the Bankruptcy Court may grant the relief requested by the Foreign Representatives without further notice or hearing.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Court's *Updated Statement of Chief Judge Martin Glenn*, after all papers are filed, the Court will determine whether to schedule argument or decide the matter on the papers. Counsel or the parties will be advised of hearing dates if matters are scheduled for argument.

**PLEASE TAKE FURTHER NOTICE** that copies of the Petitions and all documents filed in the Chapter 15 Case are available to parties in interest on the Court's Electronic Case Filing System, which can be accessed from the Court's website at http://www.nysb.uscourts.gov (a PACER login and password are required to retrieve a document) or upon written request to the Foreign Representatives' counsel (including by e-mail) addressed to:

FRIED, FRANK, HARRIS, SHRIVER
& JACOBSON LLP
One New York Plaza
New York, New York 10004
Telephone: (212) 859-8000
Facsimile: (212) 859-4000

Attn: Jennifer L. Rodburg, Esq. (Jennifer.Rodburg@friedfrank.com)
Andrew Minear, Esq. (Andrew.Minear@friedfrank.com)

| | |
|---|---|
| Dated: New York, New York<br>June 23, 2025 | Respectfully submitted,<br><br>FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP<br><br>By: /s/ Jennifer L. Rodburg<br>    Jennifer L. Rodburg<br><br>Jennifer L. Rodburg, Esq.<br>Andrew Minear, Esq.<br>FRIED, FRANK, HARRIS, SHRIVER<br>& JACOBSON LLP<br>One New York Plaza<br>New York, New York 10004<br>Telephone: (212) 859-8000<br>Facsimile: (212) 859-4000<br>Email: Jennifer.Rodburg@friedfrank.com<br>Andrew.Minear@friedfrank.com<br><br>*Attorneys for Richard Barker and Simon Edel as Foreign Representatives of CX Reinsurance Company Limited (in Administration)* |